Jose Roman Jr.  298678
Name and Prisoner/Booking Number

ASPC Kingman Huachuca Unit
Place of Confinement

P.O. Box 6639
Mailing Address

Kingman, AZ  86402
City, State, Zip Code

**(Failure to notify the Court of your change of address may result in dismissal of this action.)**

✓ FILED          ___ LODGED
___ RECEIVED    ___ COPY

JUL 0 5 2018

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____DEPUTY

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

Jose Jesus Roman Jr.              ,
(Full Name of Plaintiff)

                    Plaintiff,

v.

(1) City of Goodyear Municipal Corporation
(Full Name of Defendant)

(2) _____ "and others" _____,

(3) _____,

(4) _____,

                    Defendant(s).

☑ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. CV-17-04799-PHX-SPL (MHB)
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT
BY A PRISONER**

Jury Trial Demanded

☐ Original Complaint
☐ First Amended Complaint
☑ Second Amended Complaint

## A.  JURISDICTION

1.   This Court has jurisdiction over this action pursuant to:
☑ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
☐ 28 U.S.C. § 1331; *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971).
☐ Other: _____.

2.   Institution/city where violation occurred: City of Goodyear AZ, and also Maricopa County AZ.

Revised 3/11/16                                    1                              **550/555**

## B. DEFENDANTS

1. Name of first Defendant: *City of Goodyear Municipal Corporation*. The first Defendant is employed
as: *A Public Entity* at *City Hall - Goodyear Corporate office*.
   (Position and Title)                               (Institution)

2. Name of second Defendant: *Justin Hughes*. The second Defendant is employed as:
as: *Police Sergeant* at *City of Goodyear Police Department*.
   (Position and Title)                               (Institution)

3. Name of third Defendant: *Jerry Geier, In official Capacity*. The third Defendant is employed
as: *Chief of Police* at *City of Goodyear Police Department*.
   (Position and Title)                               (Institution)

4. Name of fourth Defendant: *Jason Bentzel*. The fourth Defendant is employed
as: *Deputy Sheriff Sergeant* at *Maricopa County Sheriff's office*.
   (Position and Title)                               (Institution)

**If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.**

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner? ☑ Yes ☐ No

2. If yes, how many lawsuits have you filed? *1*. Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: *Jose Roman Jr and Stacy Roman* v. *Travelers Home and Marine Insurance Co.*
      2. Court and case number: *US District Court - District of AZ  CV17-08151-PCT-JAT*
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?)
      *Settlement Agreement led to Plaintiff Roman's dismissal of case*.

   b. Second prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____.
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____

      _____

   c. Third prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____.
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____

      _____

**If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.**

## B. DEFENDANTS

5. Name of Fifth Defendant: Paul Penzone, in offical Capacity. The fifth Defendant is employed as: Sheriff with the maricopa County Sheriff's office.

2-A

## D.  CAUSE OF ACTION

### COUNT I

1.   State the constitutional or other federal civil right that was violated: 6th Amendment of the Constitution of the United States of America. - Equal Protection an Justice .

2.   **Count I.**   Identify the issue involved.   Check **only one**.   State additional issues in separate counts.
☐ Basic necessities     ☐ Mail        ☐ Access to the court      ☐ Medical care
☐ Disciplinary proceedings  ☐ Property    ☐ Exercise of religion    ☐ Retaliation
☐ Excessive force by an officer  ☐ Threat to safety  ☑ Other: Equal protection & Justice .

3.   **Supporting Facts.**   State as briefly as possible the FACTS supporting Count I.   Describe exactly what **each Defendant** did or did not do that violated your rights.   State the facts clearly in your own words without citing legal authority or arguments.

Plaintiff states Defendant City of Goodyear Municipal Corporation is a Political Subdivison of the state of Arizona. State of Arizona Public Policy requires Political Subdivisions to include the City of Goodyear to provide Public Services to include Law enforcement within its Jurisdiction. City of Goodyear City Council Through action gave authorization for Jerry Geier to act in the offical capacity as Chief of police.

Plaintiff states on June 30, 2017 through the use of U.S. Postal Certified mail served Notice of claim upon City Clerk Maureen Scott. Days Later, the City Clerk's office mailed an acknowlegment receipt to Plaintiff.

Plaintiff states the City of Goodyear Municipal Corporation is a relatively Small Political Subdivison. Furthermore, the City of Goodyear had every reasonable opportunity to act on Plaintiff's allegations within the Notice of claim. and previously Submit Police Citizen Complaint against Defendant Justin Hughes who is a party in this Complaint before this Court.

4.   **Injury.**   State how you were injured by the actions or inactions of the Defendant(s).
Plaintiff states the above Listed inactions contribute to emotional distress and caused Marital issues and emotional distress on Spouse and family.

5.   **Administrative Remedies:**
a.   Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?          ☐ Yes  ☑ No
b.   Did you submit a request for administrative relief on Count I?        ☐ Yes  ☑ No
c.   Did you appeal your request for relief on Count I to the highest level?    ☐ Yes  ☑ No
d.   If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. Count I is not related to any prison or Jail institution.

3

D. Continuation of SUPPORTIVE FACTS

Plaintiff states Defendant City of Goodyear municipal
Corporation pursuant to city public policy and policy
policy to investigate the Citizen's Complaint, or UTILIZE AN
OUTSIDE INDEPENDENT INVESTIGATIVE SERVICE or its own
Police department. In addition, policy 1.13 V. INVESTIGATIONS
A.2. reads "Criminal INVESTIGATIONS which involve allegations of
Criminal misconduct by the Chief of Police Shall be referred to the
City manager and Shall be referred to an outside agency, entity
or individual for investigation."

Plaintiff states his allegation were in fact criminal in nature
and for this reason State of Arizona public policy under
ARS 13-101 Purpose [of CRIMINAL LAW] requires that its Political
Subdivisions enforce Arizona's Criminal laws.

Plaintiff states evidence will show that Defendant Justin
Hughes committed felony criminal offenses in violation of
Arizona Criminal law, specifically Tampering with physical
Evidence, fraudulent Schemes, willful Concealment as well as
Several city policies and police policies

Plaintiff states evidence will show that for more than one year
he has requested from Defendant City of Goodyear municipal
Corporation and the police Departments internal AFFAIRS UNIT

Records Department the very basic being a police report number for the crimes plaintiff reported and also the Citizen Police Complaint report number on police employee Justin Hughes. As to date (7-03-2018), Defendant City of Goodyear Municipal Corporation has ignored Plaintiff's above requests.

Plaintiff states the inaction listed herein clearly show prejudice against the Plaintiff as a prisoner today and as a former city employee thereby denying Plaintiff Equal Protection and Justice under the law for Plaintiff a Crime Victim. Defendants actions was against city common practice and city policy. Plaintiff has no doubt that city of Goodyear Administration officals assessed Plaintiff's Complaint allegations and Citizen Complaint as brought forth by the Plaintiff and chose to Conspire to Conceal said allegations from public record as said Complaint would Surely expose the City of Goodyear Municipal Corporation to Civil Liability and potential Law Suits. For this reason and those stated herein Defendant city of Goodyear Municipal Corporation should not be entitled to any form of Immunity.

Plaintiff states Count 1, has no relationship to the Plaintiff's Sentence or Conviction nor has any ability to invalidate Plaintiff Sentence or Conviction for this Count relates primarily to 2013 employment Due Process which is not time barred based from date of 2017 the cause of accural.

3-B

## COUNT II

1. State the constitutional or other federal civil right that was violated: _14th Amendment of the Constitution of the United States of America, equal protection and Justice under law._

2. **Count II** Identify the issue involved.  Check **only one.**  State additional issues in separate counts.

☐ Basic necessities     ☐ Mail     ☐ Access to the court     ☐ Medical care
☐ Disciplinary proceedings     ☐ Property     ☐ Exercise of religion     ☐ Retaliation
☐ Excessive force by an officer     ☐ Threat to safety     ☑ Other: _Denied equal protection and Justice._

3. **Supporting Facts.**  State as briefly as possible the FACTS supporting Count II  Describe exactly what **each Defendant** did or did not do that violated your rights.   State the facts clearly in your own words without citing legal authority or arguments.

_Defendant Jerry GEIER acting in the offical Capacity of Chief of Police for the City of Goodyear is statutorily required under Arizona Criminal law and City of Goodyear public policy to provide law enforcement public safety to those within the Jurisdiction of the City of Goodyear. Arizona criminal law ARS 13-101 Purpose [of Criminal Laws] states "It is declared that the public policy of this state and the general purpose of the provisions of this State are:_

_1. To proscribe Conduct that unjustifiably and inexcusably causes or threatens substantial harm to individual or public interest;_

_2. To give fair warning of the nature of the Conduct proscribed and of the sentences authorized upon Conviction;_

_3. To define the acts or omission and the accompanying mental state which Constitute each offense and limit the condemnation of Conduct as criminal when it does not fall within the purpose set forth;_

4. **Injury.**  State how you were injured by the actions or inactions of the Defendant(s).

_Defendant's inaction as listed above in Count II Contributed to emotional distress upon Plaintiff the Crime Victim as defined under the Constitution of the state of Arizona._

5. **Administrative Remedies:**

   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?     ☐ Yes   ☑ No

   b. Did you submit a request for administrative relief on Count II?     ☐ Yes   ☑ No

   c. Did you appeal your request for relief on Count II to the highest level?     ☐ Yes   ☑ No

   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not.  _Count II is not related to any prison or Jail institution._

4

D. _Continuation of SUPPORTIVE FACTS_

4. To differentiate on reasonable grounds between Serious
   and minor offenses and to prescribe proportionate penalties
   for each; ...

Plaintiff states on May 25, 2017 the U.S. Postal Service through
Plaintiff's use of Certified Mail delivered to Defendant Jerry
Geier Typed detailed documents and supportive documents
on Citizen Complaint and also reporting of Criminal incident(s)
which occurred within the city of Goodyear and its police
departments Jurisdiction.

Plaintiff's documents revealed criminal acts in violation of
Arizona Criminal Law Committed by Defendants Justin Hughes and
Jason Bentzel. Plaintiff states the documents and more specifically
the Supportive documents reveal clear and conviencing evidence
that felony offenses to include Willful Concealment; Fraudulent
schemes, Tampering with physical evidence and perjury were
committed against the Plaintiff.

Plaintiff states Defendant Jerry Geier Concealed Plaintiff's
Typed detailed documents and supportive documents, failed to
enforce the above referenced Arizona Criminal Law statute
ARS 13-101 And failed to initiated a basic police report for
the Plaintiff who is a victim based on the above criminal acts

committed against him.

Defendant Jerry GEIER is required under Arizona state Public policy and in addition under Arizona Revised Statute 13-101.4 to do as follows "To differentiate on reasonable grounds between serious and minor offense"...

City of Goodyear public policy and specifically its police departments policy it requires a police report be taken and if any evidence is obtained must be maintained in the custody of the police department.

It is also police policy that reports Criminal in nature be reviewed by a first line Supervisor to determine if the report should be inactivated, deemed unfounded or forward to Criminal Investigation for criminal investigations review. Plaintiff States no action was taken by Defendant Jerry Geier as he Concealed the Plaintiff report of Crime, in what reason believes was to Conceal the Criminal acts Committed by Defendants Justin Hughes and Jason Bentzel

Plaintiff states under City of Goodyear public policy under the police department internal affairs policies Several Corroborate Plaintiff's claim that equal protection and Justice under the law was denied to Plaintiff which

4-B

otherwise has been and is afforded to others who report even lessor criminal acts and or criminal conduct and incidents. and is a deviation of City and Police Common Practice.

Plaintiff states under City of Goodyear police Policy VI Receiving and Processing Compliments/Complaints under Sections listed below reveal prohibited Conduct which relates to those committed by Defendant Jerry GEIER. and are as follows:

C.2 Supervisory personnel on duty will accept any and all Complaints of employee misconduct from any person, or Source, who wishes to file a Complaint regardless of the hour or day of the week. This includes those from anonymous Sources, Juveniles, telephone Complaints, and persons under arrest or in police Custody"

I 3. Mishandling of Evidence / Property
Processing evidence it reads " Property and Evidence which has been discovered, gathered, or received in Connection with agency responsibilities will be processed in accordance with established agency procedure"

K 4. Supervisor Responsibilities
Failure to report misconduct (Supervisor) it reads "failure of a Supervisor to report in a timely manner

4-c

any Known misconduct of an employee to their immediate Supervisor or to document such misconduct appropriately or as required by city or department policy or directive".

Plaintiff states Defendant Jerry Geier while acting under the color of state Law as a municipal employee clearly denied Plaintiff with equal protection and Justice under the Law and for all the reasons listed in Count 11 he should not be entitled to any type of immunity.

Plaintiff states this Count 11 is one hundred percent related to equal protection and Justice violation and is not brought forth as a means to invalidate the Sentence or Convictions of Plaintiff.

4-D

**COUNT III**

1.   State the constitutional or other federal civil right that was violated: _6th Amendment of the Constitution of the United States of America_

2.   **Count III** Identify the issue involved.   Check **only one.**   State additional issues in separate counts.
☐ Basic necessities          ☐ Mail              ☐ Access to the court      ☐ Medical care
☐ Disciplinary proceedings   ☐ Property          ☐ Exercise of religion      ☐ Retaliation
☐ Excessive force by an officer  ☐ Threat to safety  ☑ Other: _EMPLOYMENT DUE PROCESS_

3.   **Supporting Facts.**   State as briefly as possible the FACTS supporting Count III Describe exactly what **each Defendant** did or did not do that violated your rights.   State the facts clearly in your own words without citing legal authority or arguments.

_Defendant Justin Hughes performed a City of Goodyear EMPLOYMENT only Internal INVESTIGATION During the months of MAY THRU AUGUST of 2013 against Plaintiff Jose Roman Jr. who in 2013 had been employed with the City of Goodyear AS A POLICE OFFICER FOR MORE THAN 20 YEARS. THE INTERNAL AFFAIRS INVESTIGATION WAS reported under IA 2013-0012. IN 2017, Plaintiff ACTING IN PROPRIA PERSON in his Criminal case obtained From His Former defense attorney through disclosure of record pertaining To his case file. Plaintiff dilligently reviewed the Internal Affair's report authored by Defendant Justin Hughes. Plaintiff found many false statements of the event related to a Sheriff's Criminal investigation. Plaintiff utilized Some 2013 Certified Transcriptions of Conversations between Plaintiff and his wife. In addition, in 2017 Plaintiff Hired a Certified Transcription firm To Transcribe audio recorded conversations that in 2013 Defendant Justin Hughes Used as evidence in the Internal Investigation. The transcriptions revealed that Defendant Justin Hughes throughout the report introduced false statements, false quoted statements and events that were never reported_

4.   **Injury.**   State how you were injured by the actions or inactions of the Defendant(s).
_For 2 months prior to Plaintiff's arrest the above listed actions and events caused bouts of depression, emotional distress and character Defamation which led to business BCI revenue losses be pursued under Construction business Contract._

5.   **Administrative Remedies:**
   a.   Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  ☐ Yes  ☑ No
   b.   Did you submit a request for administrative relief on Count 3?  ☐ Yes  ☑ No
   c.   Did you appeal your request for relief on Count 3 go the highest level?  ☐ Yes  ☑ No
   d.   If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _Count III is not related to any prison or Jail Institution._

D. Continuation of SUPPORTIVE FACTS

or alleged by the Victim, the Plaintiff's wife [Mother of Victim] or the Plaintiff who as previously stated herein was a Police officer in 2013. Plaintiff states the transcripts corrobrate the Claim of Count III and are material PHysical Evidence items to support Plaintiff's Claim.

Plaintiff states the introduction of false statements, false quoted statements, introduction of a false act against City of Goodyear Police Policy were clearly done against the Plaintiff with intentional actual malice and prejudice for Plaintiff being a co-worker under Criminal investigation.

Plaintiff states Defendant Justin Hughes actions as stated above are criminal in nature and in violation of Arizona's criminal laws specifically the felony offenses of Tampering with physical evidence and also wilful Concealment; fraudulent schemes.

Plaintiff states Defendant Justin Hughes at the time he became employed with the City of Goodyear as a police officer swore under oath to the state of Arizona that he would execute his office as an Arizona Peace officer to enforce laws in accordance of state and federal law with honesty, truthful and fairly. Plaintiff states evidence will show Defendant Justin Hughes broke

5-A

that sworn oath.

Plaintiff states Defendant Justin Hughes actions has
caused defamation of Plaintiff's character in the local
community and through the state of Arizona and
prejudiced him before his employer City of Goodyear
where he was employed more than 20 years since 1992
and maintained an outstanding police and city employment
records. Defendant Hughes actions were done against city
and police policy and deviation of standard practices.
Plaintiff possesses clear and convincing material
physical evidence that corrobrates Defendant Justin
Hughes acted with intentional actual malice against
the Plaintiff. Plaintiff states for all the reasons
above, the Defendant Justin Hughes acting under the
color of state law while a municipal employee
committed the acts as listed within Count III and
therefore should not be entitled to any type of
immunity.

Plaintiff states claim Count III and in regards to
his sentence or convictions are not brought forth to
invalidate Plaintiff's sentence or convictions. They are
brought forth to avoid time Barred issues and to seek
relief from the Court based from 2013 Employment.

5-B

## COUNT IV

1. State the constitutional or other federal civil right that was violated: 4th Amendment of the Constitution of the United States, arrest and charging without probable cause.

2. **Count IV** Identify the issue involved.  Check **only one.**  State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Disciplinary proceedings
   - ☐ Excessive force by an officer
   - ☐ Mail
   - ☐ Property
   - ☐ Threat to safety
   - ☐ Access to the court
   - ☐ Exercise of religion
   - ☑ Other: False Criminal Charge
   - ☐ Medical care
   - ☐ Retaliation

3. **Supporting Facts.**  State as briefly as possible the FACTS supporting Count IV.  Describe exactly what **each Defendant** did or did not do that violated your rights.   State the facts clearly in your own words without citing legal authority or arguments.

   Plaintiff states Count IV is solely against Defendant Jason Bentzel and related to an Arizona Criminal Case in which the Defendant falsely created and introduced Criminal Count 1 Sexual Conduct with a minor at the victim age of 12 and occurring at a home in 2003 which was not built until 2005-2006. Plaintiff states at the time of sentencing Count 1 was dismissed by the trial Court. Plaintiff states the Court dismissal had not made the false Count 1 not relevant for it was the factor in which was used in a high prison term of 18 years.

   Plaintiff states this Count IV, is not brought forth to invalidate the sentence or conviction for it can't for Count 1 Sexual Conduct with a minor was dismissed. Count IV is brought forth as a result of newly discovered information in 2017 which was not known to the state, Court, Defense Counsel or Jose Roman Jr [2013 Defendant].

   Plaintiff states he possesses numerous documents and records that

4. **Injury.**  State how you were injured by the actions or inactions of the Defendant(s).
   For 2 months prior to Plaintiff's arrest the above listed actions and events caused emotional distress, affect to marriage and as of 2017 during discovery of the falsehoods and its affect on Plaintiff prison term has led to further bouts of emotional distress.

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  ☐ Yes  ☐ No
   b. Did you submit a request for administrative relief on Count IV?  ☐ Yes  ☐ No
   c. Did you appeal your request for relief on Count IV to the highest level?  ☐ Yes  ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not.  Count IV is not related to any prison or Jail institution.

6

## D. Continuation of SUPPORTIVE FACTS

revealed clear and convincing evidence that Defendant Jason Bentzel committed criminal acts in violation of Arizona criminal laws specifically Fraudulent schemes, Wilful Concealment, Tampering with Physical Evidence and perjury, and Sheriff's OFFICE Policy and Procedures and normed Police Practices. Plaintiff alleges Defendant Jason Bentzel with actual malice knowingly introduced false Count 1 Sexual Conduct with a minor into the sheriff's office Departmental Report 13-088305, into Jail booking documents and its Probable Cause Summary statement which said documents were subsequently utilized by the state to issue a Complaint, a major factor used by a Grand Jury panel to issue an Indictment on Count 1 Sexual Conduct with a minor at victim age of 12.

Plaintiff states his evidence reveals that on the day of reporting by the 23 year old victim that she never made any allegation of Count 1 nor did the victim's mother, nor the Plaintiff Jose Roman Jr who was the defendant in the sheriff's investigation, and its clear the Sexual Conduct with a minor at the victim age of 12 never occurred.

Plaintiff states Count IV is clearly a matter for the U.S. District Court to issue a Complaint on as it relates to the Civil Rights Violation against Plaintiff and that relief could be sought through Civil remedies. Plaintiff states this Count IV should have risen to the sheriff's office criminal charging phase for Defendant Jason Bentzel as a sheriff's detective should have had

6-A

Knowledge based from prior basic Law enforcement academy Training as well as Post-Continuos training that in the area of Criminal Charging a Suspect, as he had done on Count I Sexual Conduct with a minor at the victim age of 12, must establish probable Cause and if not an the arrest is made it raises to a Level of an unlawful arrest.

Defendant Jason Bentzel, as a County employee acted under the Color of State Law. NEVER THE LESS, Plaintiff's clear and Convicencing physical evidence reveals that Defendant Jason Bentzel acted with actual Malice against the Plaintiff as Summarized in Count IV.

For All the reasons stated above Defendant Jason Bentzel should not be entitled to any type of Immunity and in addition should have the opportunity to defend himself against this Claim Count IV.

G-B

## COUNT V

1.    State the constitutional or other federal civil right that was violated: _14Th Amendment of the Constitution of the United States of America - Failure to Act on Civil Right Issue_

2.    **Count V**  Identify the issue involved.  Check **only one**.  State additional issues in separate counts.
☐ Basic necessities          ☐ Mail                    ☐ Access to the court        ☐ Medical care
☐ Disciplinary proceedings   ☐ Property                ☐ Exercise of religion       ☐ Retaliation
☐ Excessive force by an officer  ☐ Threat to safety   ☑ Other: _Concealment of Civil Right Violation_

3.    **Supporting Facts.**  State as briefly as possible the FACTS supporting Count V.  Describe exactly what **each Defendant** did or did not do that violated your rights.  State the facts clearly in your own words without citing legal authority or arguments.
Plaintiff states that on June 28, 2017 through the use of U.S. Postal Certified Return receipt mail the Defendant Paul Penzone was served with Plaintiff Notice of claim and its supportive documents. Defendant Paul Penzone, as the 2016 Successor Sheriff clearly was not involved in the Sheriff's office 2013 Criminal investigation under DR 13-088305 investigated by Defendant Jason Bentzel.

Plaintiff states the Notice of claim referenced above suggest not only receipt of Notice of claim but as reasonable person would believe that Defendant Paul Penzone read the documents and thereby became aware of the allegations brought forth as claims related to Sheriff's employee Jason Bentzel and his criminal misconduct related to DR 13-088305. Defendant Paul Penzone in his official Capacity as Sheriff is the highest law enforcement officer who holds County wide law enforcement jurisdiction. In this official Capacity he failed to act as to validity of Plaintiff's allegations which should have been in furtherance of Arizona State policy under ARS 13-101 and the normal process a set forth under Sheriff office policies and procedures which other employees have been held to said policies.

4.    **Injury.**  State how you were injured by the actions or inactions of the Defendant(s).
The above listed inactions contribute to emotional distress and has likewise caused marital issues and emotional distress on spouse and family.

5.    **Administrative Remedies:**
a.    Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?                                                        ☐ Yes  ☑ No
b.    Did you submit a request for administrative relief on Count  ?              ☐ Yes  ☑ No
c.    Did you appeal your request for relief on Count  g to the highest level?   ☐ Yes  ☑ No
d.    If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not.  _Count V is not related to any prison or Jail institution._

7

<u>Continuation of SUPPORTIVE FACTS</u>

Plaintiff states Defendant Paul Penzone as Sheriff is responsible For DEFENDANT JASON BENTZEL's misconduct as a sworn deputy sheriff for the fact being Sheriff Paul Penzone has given authority for Jason Bentzel to Act on all matters as if he, the Sheriff, was present.

Plaintiff states based on the above fact Defendant Paul Penzone had every reasonable opportunity to review the Sheriff's report 13-088305 and specifically page 15, Bate no. 87 which clearly List not the age of 12, (which carried a potential Life Sentence) for it reads "For the insertion of his fingers into the 13 year old victim while she slept on the couch in the family room of the home".

Plaintiff states the reference Count was in fact dismissed by the trial Court yet give the victim ages as Listed in the sheriff report had far greater Sentencing ramifications as revealed herein.

Defendant Paul Penzone inactions to supplement the Sheriff's report and ignore the Notice of Claim allegations while he acts under the Color of State law should cause that he not be entitled to any TYPE of Immunity.

7-A

## E.   REQUEST FOR RELIEF

State the relief you are seeking:

_In the event of Judgement in Plaintiff's favor. Plaintiff requests Monetary Compensation for all Cost Costs and fees, Attorneys' Fees and Cost. In addition, any other relief the Court determines to be Just and proper with fairness to the Parties._

_Plaintiff provides Continuation for this E. REQUEST FOR Relief section on Page 8-A._

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _07 - 02 - 2018_

DATE

_____

SIGNATURE OF PLAINTIFF

_____

(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)

_____

(Signature of attorney, if any)

_____

(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form.   If you need more space, you may attach no more than fifteen additional pages.   But the form must be completely filled in to the extent applicable. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.

## E. Continuation on REQUEST FOR RELIEF

As For Counts I AND II, those injuries Sustained in 2017-2018 monetary Compensatory relief should be awarded within the City of Goodyear's Insurance - Bond coverage Policy Limits and ranges. In addition, the deletion of IA Report 2013-0012 From their records system.

As For Count III, those injuries Sustained in 2013 Several months prior to Plaintiff's arrest as related to City Employment and Plaintiff's Secondary Employment with BRICK CREET, Inc. (plaintiff small business). Monetary Compensatory relief and relief from monetary damages should be awarded within the City of Goodyear's Insurance - Bond Coverage Policy Limits and ranges and based from plaintiff's business Loss Computation and personal injuries.

As for Count IV and V, those injuries discovered and Sustained in 2017 and Count IV related to prior to Plaintiff's 2013 Arrest and subsquent Conviction and incarceration should receive Monetary Compensatory relief within MARICOPA County sheriff's office / maricopa County Government Self insured or Insurance - Bond Coverage Policy Limits and ranges.

8 A